THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.,<br><br>Defendant. | Case No. 2:22-cv-01707 BJR<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Before the Court is the parties Joint Motion to Extend Time to Respond to Complaint. The Court GRANTS the Motion. MaxSold Inc.'s deadline to respond to the Complaint is January 27, 2023.

IT IS SO ORDERED.

DATED this 15th day of February, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING JOINT MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 2:22-cv-01707 DWC

444444.3214/9247881.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By *s/Devon J. McCurdy*
    Devon J. McCurdy, WSBA No. 52663
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone:  206.223.7000
    mccurdyd@lanepowell.com

*Attorneys for Defendant MaxSold Inc.*

TURKE & STRAUSS LLP

By *s/Samuel J. Strauss*
    Samuel J. Strauss, WSBA No. 46971
    Raina C. Borrelli (*admitted pro hac vice*)
    613 Williams Street, Suite 201
    Madison, WI 53703
    Telephone: 618-237-1775
    sam@turkestrauss.com

PARONICH LAW PC

    Anthony Paronich (*admitted pro hac vice*)
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (617) 485-0018
    anthony@paronichlaw.com

*Attorneys for Plaintiff*

ORDER GRANTING JOINT MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT - 2
CASE NO. 2:22-cv-01707 DWC

444444.3214/9247881.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107