THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MAXSOLD INC.,

Defendant.

Case No. 2:22-cv-01707-BJR

**ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE**

Before the Court is the parties' Joint Motion to Amend Case Schedule. The Court has considered the motion and, finding good cause, GRANTS it. The Court sets the following amended deadlines:

| Deadline | Date |
| --- | --- |
| Joinder of Parties Deadline | Past |
| Amended Pleadings | Past |
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | February 27, 2024 |
| Deadline for Plaintiffs to file Motion for Class Certification | March 28, 2024 |
| Deadline for Defendant to File Responses to Motion for Class Certification | April 29, 2024 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Class Certification | May 14, 2024 |

ORDER GRANTING JOINT MOTION TO AMEND
CASE SCHEDULE- 1
CASE NO. 2:22-cv-01707 BJR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

135041.0001/9565795.1

IT IS SO ORDERED.

DATED: January 16, 2024.

*Barbara J. Rothstein* (signature)
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| | |
|---|---|
| LANE POWELL PC | TURKE & STRAUSS LLP |
| By: *s/Devon J. McCurdy* <br> Devon J. McCurdy, WSBA No. 52663 <br> 1420 Fifth Avenue, Suite 4200 <br> P.O. Box 91302 <br> Seattle, Washington 98111-9402 <br> Telephone: (206) 223-7000 <br> mccurdyd@lanepowell.com <br><br> Jillian M. Searles, admitted *pro hac vice* <br> HODGSON RUSS LLP <br> 605 Third Avenue, Suite 2300 <br> New York, NY 10158 <br> Telephone: (212) 751-4300 <br> jsearles@hodgsonruss.com <br> *Attorneys for Defendant MaxSold Inc* | By: *s/Samuel J. Strauss* <br> Samuel J. Strauss, WSBA No. 46971 <br> 613 Williams Street, Suite 201 <br> Madison, WI 53703 <br> 618-237-1775 <br> sam@turkestrauss.com <br><br> Anthony Paronich <br> PARONICH LAW PC <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> 617-485-0018 <br> anthony@paronichlaw.com <br> *Admitted pro hac vice* <br><br> *Attorneys for Plaintiff* |

ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE- 2
CASE NO. 2:22-cv-01707 BJR

135041.0001/9565795.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107