THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.,<br><br>Defendant. | Case No. 2:22-cv-01707-BJR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND CLASS ACTION COMPLAINT** |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to Amend Class Action Complaint. The Court having considered the pleadings and records on file and the written submissions filed with the Court, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Class Action Complaint is GRANTED. Plaintiff shall file her amended complaint in substantially the same form as that attached as Exhibit A to the Motion within fourteen (14) days of this order.

DATED this 25th day of October, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND CLASS ACTION
COMPLAINT – 1
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

Presented by:

STRAUSS BORRELLI PLLC

By: <u>/s/Samuel J. Strauss, WSBA #46971</u>
     Samuel J. Strauss, WSBA #46971
     Alex Phillips, *pro hac vice*
     Email: sam@straussborrelli.com
           aphillips@straussborrelli.com
     980 N. Michigan Avenue, Suite 1610
     Chicago, Illinois 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109

     *Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND CLASS ACTION
COMPLAINT – 2
Case No. 2:22-cv-01707-BJR