THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.,<br><br>Defendant. | Case No. 2:22-cv-01707-BJR<br><br>**ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW** |

The Court has considered Defendant's Counsel's Renewed Motion to Withdraw and Request for Immediate Stay of the Proceedings. The Motion is GRANTED.

Counsel for MaxSold, Inc. Devon McCurdy and Jillian Searles are hereby withdrawn, and the clerk is directed to terminate them as counsel of record in this matter.

DATED this 25th day of October, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING DEFENDANT'S COUNSEL'S
MOTION TO WITHDRAW - 1
CASE NO. 2:22-cv-01707 BJR

135041.0001/9771987.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By *s/ Devon McCurdy*

_____
   Devon J. McCurdy, WSBA No. 52663

1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
mccurdyd@lanepowell.com

Jillian M. Searles, admitted *pro hac vice*
HODGSON RUSS LLP
605 Third Avenue, Suite 2300
New York, NY 10158
Telephone:  (212) 751-4300
jsearles@hodgsonruss.com

*Attorneys for Defendant MaxSold Inc.*

ORDER GRANTING DEFENDANT'S COUNSEL'S
MOTION TO WITHDRAW - 2
CASE NO. 2:22-cv-01707 BJR

135041.0001/9771987.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107