THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.<br><br>Defendant. | Case No. 2:22-cv-1707 BJR<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO AMEND PLEADINGS** |

Before the Court is Plaintiff's Unopposed Motion to Extend Time to Amend Pleadings. The Court has considered the motion and GRANTS it. The Court sets the following date for Plaintiff's Motion to Extend Time to Amend Pleadings to April 30, 2025.

.

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO EXTEND TIME TO AMEND
PLEADINGS
Case No. 2:22-cv-01707-BJR

IT IS SO ORDERED.

DATED this 2nd day of April, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

STRAUSS BORRELLI PLLC

By: /s/Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (*admitted pro hac vice*)
Alex Phillips (*admitted pro hac vice*)
Email:  sam@straussborrelli.com
raina@straussborrelli.com
aphillips@straussborrelli.com
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109

*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO EXTEND TIME TO AMEND
PLEADINGS
Case No. 2:22-cv-01707-BJR

STRAUSS BORRELLI PLLC
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com