THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.<br><br>Defendant. | Case No. 2:22-cv-1707 BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

Before the Court is Stipulated Motion to Extend Deadlines. The Court has considered the stipulated Motion and GRANTS it. The Court extends the deadlines in this matter by 60 days each, with discovery ordered to be completed by **August 1, 2025**, and dispositive motions due **September 1, 2025**.

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES
Case No. 2:22-cv-01707-BJR

**Strauss Borrelli PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1

2    IT IS SO ORDERED.

3        It is so ordered this 23rd day of May, 2025.

4

5    _____
                                    *Barbara J. Rothstein*
6    Barbara Jacobs Rothstein
     U.S. District Court Judge
7

8

9    Presented by:

10   STRAUSS BORRELLI PLLC

11   By:    /s/ Samuel J. Strauss, WSBA #46971
            Samuel J. Strauss, WSBA #46971
12          Raina C. Borrelli (*admitted pro hac vice*)
            Alex Phillips (*admitted pro hac vice*)
13          Email:  sam@straussborrelli.com
                    raina@straussborrelli.com
14                  aphillips@straussborrelli.com
            980 N. Michigan Ave., Ste. 1610
15          Chicago, Illinois 60611
            Phone: 872.263.1109
16

17          *Attorneys for Plaintiff*

18   MILLER NASH LLP

19
     By:    /s/ Ashley M. Langley
20          Ashley M. Langley, WSBA No. 54032
            J. Dino Vasquez, WSBA No. 25533
21          605 5th Ave. S., Ste. 900
            Seattle, WA  98104
22          Telephone: 206.624.8300
            Fax: 206.340.9599
23          Email: ashley.langley@millernash.com
            dino.vasquez@millernash.com
24

25          ***Attorneys for Defendant 1000822913 US***
            ***Inc.***
26

27   ORDER GRANTING STIPULATED MOTION TO
     EXTEND DEADLINES
     Case No. 2:22-cv-01707-BJR