THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.<br><br>Defendant. | Case No. 2:22-cv-1707 BJR<br><br>Honorable Barbara J. Rothstein<br><br>**NOTICE OF DEATH OF PLAINTIFF KAY ANNE VANDERBRUG** |

Pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff Kay Anne Vanderbrug ("Plaintiff"), by and through her attorneys, hereby files notice of Plaintiff's passing on April 18, 2025, during the pendency of this action. This notice is based on the attached declaration of Samuel J. Strauss attesting to the death of Plaintiff.

*[Counsel signature block to follow on next page.]*

NOTICE OF DEATH OF PLAINTIFF
KAY ANNE VANDERBRUG
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1    RESPECTFULLY SUBMITTED AND DATED this 28th day of October 2025.

2    By:    */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
3    Alex Phillips (*admitted pro hac vice*)
**STRAUSS BORRELLI PLLC**
4    980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
5    Phone: 872.263.1109
sam@straussborrelli.com
6    aphillips@straussborrelli.com

7    *Attorneys for Plaintiff*

NOTICE OF DEATH OF PLAINTIFF
KAY ANNE VANDERBRUG
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify under penalty of perjury, that on October 28, 2025, I caused the foregoing document to filed using the Court's CM/ECF system, which will send an electronic copy to all parties and/or their counsel of record.

Date: October 28, 2025

By: */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109
sam@straussborrelli.com

*Attorney for Plaintiff*

NOTICE OF DEATH OF PLAINTIFF
KAY ANNE VANDERBRUG
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com