THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.<br><br>Defendant. | Case No. 2:22-cv-1707 BJR<br><br>Honorable Barbara J. Rothstein<br><br>**DECLARATION OF SAMUEL J. STRAUSS IN SUPPORT OF PLAINTIFF'S NOTICE OF DEATH OF PLAINTIFF KAY ANNE VANDERBRUG** |

I, Samuel J. Strauss, hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am attorney of record for Plaintiff Kay Anne Vanderbrug. I make this declaration based on personal knowledge.

2. Our firm has represented Ms. Vanderbrug since December 2022, when she asserted TCPA claims against Defendant.

3. Our office maintained contact with Ms. Vanderbrug throughout litigation regarding case strategy, objectives, authorities, and discovery, including in March 2025, when

NOTICE OF DEATH OF PLAINTIFF
KAY ANNE VANDERBRUG
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

she executed discovery responses responding to Defendant's requests. All actions subsequently taken by counsel were consistent with Ms. Vanderbrug's stated objectives and authorities.

4. However, when counsel attempted to contact Ms. Vanderbrug regarding case updates in the weeks and months following, she was unresponsive. Counsel thus investigated her whereabouts and continued to attempt to contact her.

5. In September 2025, counsel learned through that investigation that Ms. Vanderbrug may have passed away and located a pending estate in her name in Washington state. Upon discovering this information, counsel immediately contacted the personal representative to confirm Ms. Vanderbrug's passing.

6. On October 7, 2025, counsel confirmed after reviewing her death certificate that Ms. Vanderbrug died on April 18, 2025. A true and accurate copy of the death certificate of Kay Anne Vanderbrug is attached as **Exhibit A**.

7. The estate representative, Vanessa Vanderbrug, then requested that our office substitute the estate as the plaintiff in this case to continue pursuing Ms. Vanderbrug's TCPA claims. Attached as **Exhibit B** are the Letters of Administration appointing Vanessa Vanderbrug as estate representative.

*[Declarant signature block to follow on next page.]*

NOTICE OF DEATH OF PLAINTIFF
KAY ANNE VANDERBRUG
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

RESPECTFULLY SUBMITTED AND DATED this 28th day of October 2025.

By:     */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109
sam@straussborrelli.com

*Attorneys for Plaintiff*

NOTICE OF DEATH OF PLAINTIFF
KAY ANNE VANDERBRUG
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify under penalty of perjury, that on October 28, 2025, I caused the foregoing document to filed using the Court's CM/ECF system, which will send an electronic copy to all parties and/or their counsel of record.

Date: October 28, 2025

By: */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109
sam@straussborrelli.com

*Attorney for Plaintiff*

NOTICE OF DEATH OF PLAINTIFF
KAY ANNE VANDERBRUG
Case No. 2:22-cv-01707-BJR

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com