— **EXHIBIT A** —

# STATE OF WASHINGTON
## DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH



CERTIFICATE NUMBER: **2025-022980**

DATE ISSUED: **05/08/2025**
FEE NUMBER: **1706091**

FIRST AND MIDDLE NAME(S): **KAY**
LAST NAME(S): **VANDERBRUG**

COUNTY OF DEATH: **KING**
DATE OF DEATH: **APRIL 18, 2025**
HOUR OF DEATH: **09:15 AM**
SEX: **FEMALE**           AGE: **79 YEARS**
SOCIAL SECURITY NUMBER: **UNKNOWN**

HISPANIC ORIGIN: **NO, NOT SPANISH/HISPANIC/LATINO**
RACE: **WHITE**

BIRTH DATE: **JULY 17, 1945**
BIRTHPLACE: **SEATTLE, WA**

MARITAL STATUS: **DIVORCED**
SURVIVING SPOUSE: **NOT APPLICABLE**

OCCUPATION: **TECHNICIAN**
INDUSTRY: **TELECOMMUNICATIONS**
EDUCATION: **HIGH SCHOOL GRADUATE OR GED COMPLETED**
US ARMED FORCES: **NO**

INFORMANT: **VANESSA VANDERBRUG**
RELATIONSHIP: **NIECE**
ADDRESS: **1309 W NEWTON STREET, SEATTLE WA 98119**

CAUSE OF DEATH:
A: **END STAGE RENAL DISEASE**
    INTERVAL: **UNKNOWN**
B: **UNKNOWN CAUSE, POSSIBLY HYPERTENSION**
    INTERVAL: **UNKNOWN**
C:
    INTERVAL:
D:
    INTERVAL:

OTHER CONDITIONS CONTRIBUTING TO DEATH:

DATE OF INJURY:
HOUR OF INJURY:
INJURY AT WORK:
PLACE OF INJURY:

LOCATION OF INJURY:

CITY, STATE, ZIP:
COUNTY:
DESCRIBE HOW INJURY OCCURRED:

IF TRANSPORTATION INJURY, SPECIFY: **NOT APPLICABLE**

PLACE OF DEATH: **NURSING HOME/LONG TERM CARE FACILITY**
FACILITY OR ADDRESS: **7500 SEWARD PARK AVE S**
CITY, STATE, ZIP: **SEATTLE, WASHINGTON 98118**

RESIDENCE STREET: **2432 SW HOLDEN STREET UNIT A**
CITY, STATE, ZIP: **SEATTLE, WA 98106**
INSIDE CITY LIMITS: **YES**        COUNTY: **KING**
TRIBAL RESERVATION: **NOT APPLICABLE**
LENGTH OF TIME AT RESIDENCE: **15 YEARS**

FATHER: **HARRY VANDERBRUG**
MOTHER: **MYRTLE WEST**

METHOD OF DISPOSITION: **CREMATION**
PLACE OF DISPOSITION: **PUGET SOUND CREMATORY**

CITY, STATE: **PUYALLUP, WASHINGTON**
DISPOSITION DATE: **MAY 07, 2025**

FUNERAL FACILITY: **THE CO-OP FUNERAL HOME OF PEOPLE`S MEMORIAL**
ADDRESS: **2011 1ST AVE N**
CITY, STATE, ZIP: **SEATTLE, WASHINGTON 98109**
FUNERAL DIRECTOR: **ARYANA F. BATES**

MANNER OF DEATH: **NATURAL**
AUTOPSY: **NO**
WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE
CAUSE OF DEATH: **NOT APPLICABLE**
DID TOBACCO USE CONTRIBUTE TO DEATH: **NO**
PREGNANCY STATUS IF FEMALE: **NOT APPLICABLE**

CERTIFIER NAME: **JON YOUNGER, MD**
TITLE: **PHYSICIAN**
CERTIFIER ADDRESS: **5950 SIXTH AVE S SUITE 100**
CITY, STATE, ZIP: **SEATTLE, WASHINGTON 98108**
DATE SIGNED: **APRIL 19, 2025**

CASE REFERRED TO ME/CORONER: **YES**
FILE NUMBER: **NOT APPLICABLE**
ATTENDING PHYSICIAN: **NOT APPLICABLE**

LOCAL DEPUTY REGISTRAR: **DARIN WISE**
DATE RECEIVED: **MAY 07, 2025**

NOT VALID IF PHOTOCOPIED OR ALTERED

DOH 422-132 (8/18)