— **EXHIBIT B** —

| | |
|---|---|
| Case Number: | 25-4-03653-4 |
| Date: | May 23, 2025 |
| Serial ID: | 25-099665-9000343H8U |
| Certified By: | Catherine Cornwall<br>King County Clerk, Washington |

FILED
2025 MAY 21
KING COUNTY
SUPERIOR COURT CLERK

CASE #: 25-4-03653-4 KNT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| | |
|---|---|
| IN RE KAY VANDERBRUG<br><br>DECEASED | NO: 25-4-03653-4 KNT<br><br>LETTERS OF ADMINISTRATION<br>(LTRAD) |

The above named decedent died intestate leaving property in Washington State subject to administration. **VANESSA VANDERBRUG** is/are appointed by the Court as Administrator(s) and authorized to administer the estate according to law.

WITNESS my hand and seal of said Court: May 21, 2025.

Catherine Cornwall
King County Superior Court Clerk

By: _____, Deputy Clerk
M.Keo

• NOT OFFICIAL WITHOUT SEAL •

RCW 11.28.140; 11.28.280

revised: 04/2017

| | |
|---|---|
| Case Number: | 25-4-03653-4 |
| Date: | May 23, 2025 |
| Serial ID: | 25-099665-9000343H8U |
| Certified By: | Catherine Cornwall<br>King County Clerk, Washington |

I, CATHERINE CORNWALL, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof. IN TESTIMONY WHEREOF, I have affixed this Seal of said Superior Court at my office at Seattle.




Catherine Cornwall, King County Clerk

**Instructions to recipient:** If you wish to verify the authenticity of the certified document that was transmitted by the Clerk, you must create and/or sign-in to your KC Script Portal account. Only e-certified documents that were directly ordered through the KC Script Portal can be verified through this tool.

Sign in to KC Script Portal:

https://dja-prd-ecexap1.kingcounty.gov/

After you login to your account, click Certified Copy Verification from the black ribbon menu at the top of the screen. There you will enter the following Serial ID.

Serial ID:     25-099665-9000343H8U

This document contains 1 page plus this sheet, and is a true and correct copy of the original that is of record in the King County Clerk's Office. The copy associated with Serial ID will be displayed by the Clerk.