THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.<br><br>Defendant. | Case No. #: 2:22-cv-01707-BJR<br><br>Honorable Judge Barbara J. Rothstein<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION**<br><br>Noting Date: October 28, 2025 |

The undersigned, on behalf of Plaintiff Kaye Anne Vanderbrug, moves this Court for an Order pursuant to Fed. R. Civ. P. 25(a)(1), to substitute Vanessa Vanderbrug, as Administrator of the Estate of Kay Anne Vanderbrug and Successor of the deceased Plaintiff of record, as the plaintiff in this case to continue this action as the proper party.

**BACKGROUND**

On December 2, 2022, Plaintiff filed a class action on behalf of herself and all others similarly situated in this Court against Defendants MaxSold Inc. for violating the Telephone

MOTION TO SUBSTITUE PLAINTIFF
AND AMEND CAPTION
Case No. 2:22-cv-01707-BJR
Page 1

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1  Consumer Protection Act of 1991. Pub. L. No. 102-243, 105 Stat. 2394 (1991) (codified at 47
2  U.S.C. § 227).  Doc. 1. On October 28, 2024, Plaintiff filed an Amended Class Action Complaint
3  to add the successor entity 1000822913 US Inc. as a defendant. Doc. 52. A Notice of Death of
4  Plaintiff is filed with this motion.

5  On April 18, 2025, Plaintiff died intestate leaving her property in Washington State
6  subject to administration. *See* Strauss Decl., Ex. A. On May 23, 2025, Vanessa Vanderbrug was
7  appointed as Administrator of the estate by the Superior Court of the State of Washington. *Id.*,
8  Ex. B. As explained by declaration, counsel was unaware Ms. Vanderbrug had passed, but
9  investigated her whereabouts until counsel discovered her estate, prompting counsel to
10 immediately contact the estate representative. *See generally id*. After confirming Ms.
11 Vanderbrug's death and this case's facts, Vanessa Vanderbrug requested that counsel move
12 under Rule 25 to substitute the estate as plaintiff.

13 Accordingly, Vanessa Vanderbrug, the duly appointed Administrator of the Estate of Kay
14 Anne Vanderbrug, desires to substitute into this action as a party plaintiff. Should the court order
15 the substitution, Plaintiff request entry of an Order amending the caption to reflect Vanessa
16 Vanderbrug, Administrator of the Estate of Kay Anne Vanderbrug as Plaintiff, in lieu of Kay
17 Anne Vanderbrug. Counsel has conferred with Defendant's counsel in this action, who
18 confirmed they do not oppose this request.

19 **ARGUMENT**

20 Fed. R. Civ. P. 25(a)(1) provides that "if a party dies and the claim is not extinguished,
21 the court may order substitution of the proper party. A motion for substitution may be made by
22 any party or by the decedent's successor or representative." In deciding a motion to substitute
23 under Rule 25(a)(1), courts must consider whether: (1) the motion is timely; (2) the claims pled

24
25

MOTION TO SUBSTITUE PLAINTIFF
AND AMEND CAPTION
Case No. 2:22-cv-01707-BJR
Page 2

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1  are extinguished; and (3) the person being substituted is a proper party. *Id.* Timely motions for substitution of parties must be "made within 90 days after service of a statement noting the death." *Id.* Courts throughout the country have found that since claims under TCPA are remedial, they survive a plaintiff's death and are not extinguished. *Parchman v. SLM Corp.*, 896 F.3d 728, 741 (6th Cir. 2018) (*see also Krakauer v. Dish Network LLC*, No. 1:14-CV-333, 2019 U.S. Dist. LEXIS 114313, at *17 (M.D.N.C. July 10, 2019); *Settle v. PHBC Mktg., LLC*, No. 8:24-cv-404-SPF, 2024 U.S. Dist. LEXIS 136072, at *5 (M.D. Fla. Aug. 1, 2024)). While FRCP 25(a)(1) does not define who a "successor or representative" can be, courts have found that a "proper party" for substitution is the distributee or executor of the plaintiff's will or estate. *Stetson v. Wash. State Dep't of Corr.*, No. C15-5524 BHS-KLS, 2016 U.S. Dist. LEXIS 145739, at*5 (W.D. Wash. Oct. 20, 2016) (citing *Mallonee v. Fahey*, 200 F.2d 918, 919-920, & n.3 (9th Cir. 1952)). If the requirements of Rule 25(a)(1) are met "[t]he substituted party steps into the same position as [the] original party." *Hilao v. Estate of Marcos*, 103 F.3d 762, 766 (9th Cir. 1996).

Here, all of the considerations favor substitution. First, the motion for substitution is timely made within 90 days after the statement notifying the Court of Plaintiff Vanderbrug's death, as Plaintiff moves to substitute on the same as her counsel has filed notice with the Court. Second, due to Plaintiff's claims arising under TCPA, they survive her death and are not extinguished. Finally, Vanessa Vanderbrug is Plaintiff's successor or representative as she has been appointed as the Administrator of the Estate of Kay Anne Vanderbrug and thus Vanessa Vanderbrug is the proper party for substitution. Strauss Dec., Ex. B. Further, Vanessa Vanderbrug is committed to serving in the role as a class representative to see this case through to its timely and final resolution.

MOTION TO SUBSTITUE PLAINTIFF
AND AMEND CAPTION
Case No. 2:22-cv-01707-BJR
Page 3

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

**CONCLUSION**

Plaintiff respectfully requests the Court substitute Vanessa Vanderbrug as Administrator of Estate of Kay Anne Vanderbrug and Successor of the deceased Plaintiff of record and amend the caption to reflect Vanessa Vanderbrug, Administrator of the Estate of Kay Anne Vanderbrug as Plaintiff, in lieu of Kay Anne Vanderbrug.

RESPECTFULLY SUBMITTED AND DATED this 28th day of October 2025.

By: */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Alex Phillips (*admitted pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109
sam@straussborrelli.com
aphillips@straussborrelli.com

*Attorneys for Plaintiff*

MOTION TO SUBSTITUE PLAINTIFF
AND AMEND CAPTION
Case No. 2:22-cv-01707-BJR
Page 4

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

**CERTIFICATE OF SERVICE**

I, Samuel J. Strauss, hereby certify under penalty of perjury, that on October 28, 2025, I caused the foregoing document to filed using the Court's CM/ECF system, which will send an electronic copy to all parties and/or their counsel of record.

    Date: October 28, 2025

    By: */s/ Samuel J. Strauss*
    Samuel J. Strauss, WSBA #46971
    **STRAUSS BORRELLI PLLC**
    980 N. Michigan Ave., Ste. 1610
    Chicago, Illinois 60611
    Phone: 872.263.1109
    sam@straussborrelli.com

    *Attorney for Plaintiff*

MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION
Case No. 2:22-cv-01707-BJR
Page 5

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com