THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.<br><br>Defendant. | Case No. 2:22-cv-1707 BJR<br><br>Honorable Barbara J. Rothstein<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION** |

Before the Court is Plaintiff's Unopposed Motion to Substitute Plaintiff and Amend Case Caption. The Court has considered Plaintiff's Motion and GRANTS it.

The Court hereby substitutes Vanessa Vanderbrug as Administrator of Estate of Kay Anne Vanderbrug and Successor of the deceased Plaintiff of record and amend the caption to reflect Vanessa Vanderbrug, Administrator of the Estate of Kay Anne Vanderbrug as Plaintiff,

(PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION - Case No. 2:22-cv-01707-BJR
Page 1

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

1  in lieu of Kay Anne Vanderbrug.  The Clerk of this Court shall update the case caption upon

2  the date of entry of this order.

3

4  IT IS SO ORDERED.

5  DATED this ___ October, 2025

                                                   THE HONORABLE BARBARA J. ROTHSTEIN

6

7  Presented by:

8  By:   */s/ Samuel J. Strauss*
    Samuel J. Strauss, WSBA #46971
9  Alex Phillips (*admitted pro hac vice*)
    **STRAUSS BORRELLI PLLC**
10  980 N. Michigan Ave., Ste. 1610
    Chicago, Illinois 60611
11  Phone: 872.263.1109
    sam@straussborrelli.com
12  aphillips@straussborrelli.com

13  *Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25  (PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION - Case No. 2:22-cv-01707-BJR
Page 2