THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAY ANNE VANDERBRUG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.<br><br>Defendant. | Case No. 2:22-cv-1707 BJR<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION** |

Before the Court is Plaintiff's Unopposed Motion to Substitute Plaintiff and Amend Case Caption. The Court has considered Plaintiff's Motion and GRANTS it.

The Court hereby substitutes Vanessa Vanderbrug as Administrator of Estate of Kay Anne Vanderbrug and Successor of the deceased Plaintiff of record and amend the caption to reflect Vanessa Vanderbrug, Administrator of the Estate of Kay Anne Vanderbrug as Plaintiff,

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION - Case No. 2:22-cv-01707-BJR
Page 1

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com

in lieu of Kay Anne Vanderbrug. The Clerk of this Court shall update the case caption upon the date of entry of this order.

IT IS SO ORDERED.

DATED this 28th day October, 2025

*Barbara J. Rothstein*

THE HONORABLE BARBARA J. ROTHSTEIN

Presented by:

By:    */s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Alex Phillips (*admitted pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Phone: 872.263.1109
sam@straussborrelli.com
aphillips@straussborrelli.com

*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUE PLAINTIFF AND AMEND CAPTION - Case No. 2:22-cv-01707-BJR
Page 2

**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, Illinois 60611-4501
TEL. 872.263.1100 • FAX 872.863.1109
straussborrelli.com