The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA VANDERBRUG, as Administrator of Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>[PROPOSED] ORDER ON DEFENDANT 1000822913 US INC.'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER, came before the Court upon Defendant 10000822913 US Inc.'s ("US Inc.") Motion for Summary Judgment. The Court has considered US Inc.'s Motion, the opposition filed by Plaintiff (if any), the reply filed by US Inc. (if any), and the Court's files and records in this case.

It is ORDERED, ADJUDGED, and DECREED that US Inc.'s Motion for Summary Judgment is hereby GRANTED. The Court hereby DISMISSES all claims by Plaintiff against US Inc.

IT IS SO ORDERED.

ORDER ON DEFENDANT 1000822913 US INC.'S MOTION FOR SUMMARY JUDGMENT - 1
(CASE NO. 2:22-CV-1707 BJR)

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

DATED this _____ day of _____, 2025.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

MILLER NASH LLP

*/s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA No. 25533

*/s/ Ashley M. Langley*
Ashley M. Langley, WSBA No. 54032

605 5th Ave. S., Ste. 900
Seattle, WA 98104
Telephone: 206.624.8300
Fax: 206.340.9599
dino.vasquez@millernash.com
ashley.langley@millernash.com

**Attorneys for Defendant 1000822913 US Inc.**

MOTION FOR SUMMARY JUDGMENT - 2
(CASE NO. 2:22-CV-1707 BJR)

Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599