The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA VANDERBRUG, as Administrator of the Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that effective November 13, 2025, Ashley M. Langley hereby withdraws as counsel for Defendant 1000822913 US Inc. and provides notice that Defendant 1000822913 US Inc. remains represented by J. Dino Vasquez of Miller Nash LLP.

All future papers, pleadings, and correspondence, except original process, should be directed to the undersigned attorney at the office stated below.

NOTICE OF WITHDRAWAL OF COUNSEL – 1
Case No. 2:22-CV-1707 BJR

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300

1 | DATED this 13th day of November, 2025.

                                                MILLER NASH LLP

*s/ Ashley M. Langley*
Ashley M. Langley, WSBA No. 54032
605 5h Ave. S., Ste. 900
Seattle, WA 98104
Telephone: 206.624.8300
Fax: 206.340.9599
Email: ashley.langley@millernash.com

**Withdrawing Attorney for Defendant 1000822913 US Inc.**

*s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA No. 25533
605 5th Ave. S., Ste. 900
Seattle, WA 98104
Telephone: 206.624.8300
Fax: 206.340.9599
Email: dino.vasquez@millernash.com

**Attorney for Defendant 1000822913 US Inc.**

NOTICE OF WITHDRAWAL OF COUNSEL – 2
Case No. 2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 13th day of November, 2025.

/s/Semee I. Yim
Semee I. Yim, Legal Assistant
semee.yim@millernash.com

CERTIFICATE OF SERVICE - 3
Case No. 2:22-CV-1707 BJR

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98014
(206) 624-8300