# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **VANESSA VANDERBRUG,** administrator of the estate of Kay Anne Vanderbrug, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**MAXSOLD INC**., and,<br>**1000822913 US INC**.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>Honorable Barbara J. Rothstein<br><br>STIPULATED MOTION TO EXTEND DEADLINES |

Plaintiff respectfully requests that this Court extend the response and reply deadlines related to Defendant's Motion for Summary Judgment matter by 28 days, with Plaintiff's opposition to Defendant's Motion for Summary Judgment due on **December 19, 2025**, and Defendant's reply in support of their Motion for Summary Judgment due on **January 9, 2026.**

In support thereof, Plaintiff states as follows:

1. Defendant 1000822913 US Inc. filed its Motion for Summary Judgment on October 31, 2025 [ECF 76]. Pursuant to Fed. R. Civ. P. 16(b)(4), good cause exists to extend Plaintiff's deadline to oppose Defendant 1000822913 US Inc.'s Motion for Summary Judgment.

2. First, an extension will allow Plaintiff to prepare a fulsome response that properly addresses the complexity of the issues at stake, including overlapping analyses on fraud, successor liability, and bankruptcy law (both domestic and international). Plaintiff must also conduct an in-depth examination of thousands of pages of documentary evidence, including deposition transcripts of defendants' corporate office and a third-party vendor.

3. Second, the response and reply deadlines occur during the holidays, and the parties are attempting to accommodate their respective schedules.

4. This extension is sought in good faith and not an attempt to delay this matter. No other deadlines will be impacted by the requested extension because there are no other pending deadlines.

WHEREFORE, Plaintiff respectfully requests that the Court extend the response and reply deadlines related to Defendant's Motion for Summary Judgment matter by 28 days, with Plaintiff's opposition due on **December 19, 2025**, and Defendant's reply in support due on **January 9, 2026.**

*[Counsel signature block to follow on next page.]*

RESPECTFULLY SUBMITTED AND DATED on November 14, 2025.

By: /s/ Samuel J. Strauss
Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli (*pro hac vice*)
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
aphillips@straussborrelli.com

*Attorneys for Plaintiff*

By: /s/ *J. Dino Vasquez*
J. Dino Vasquez, WSBA No. #25533
**MILLER NASH LLP**
605 5th Ave. S., Ste. 900
Seattle, WA 98104
Telephone: 206.624.8300
Facsimile: 206.340.9599
dino.vasquez@millernash.com

*Attorney for Defendant*
*1000822913 US Inc.*

# CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that on November 14, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 14th day of November, 2025.

                                            Respectfully submitted,

                                            By:  */s/ Samuel J. Strauss*
                                            Samuel J. Strauss
                                            **STRAUSS BORRELLI PLLC**
                                            One Magnificent Mile
                                            980 N Michigan Avenue, Suite 1610
                                            Chicago IL, 60611
                                            Telephone: (872) 263-1100
                                            Facsimile: (872) 263-1109
                                            sam@straussborrelli.com