# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **VANESSA VANDERBRUG,** administrator of the estate of Kay Anne Vanderbrug, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**MAXSOLD INC**., and,<br>**1000822913 US INC**.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>Honorable Barbara J. Rothstein<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |

     Before the Court is Stipulated Motion to Extend Deadlines. The Court has considered the stipulated Motion and GRANTS it. The Court extends the deadlines in this matter by 28 days each, with Plaintiff's opposition to Defendant's Motion for Summary Judgment due on **December 19, 2025**, and Defendant's reply in support of their Motion for Summary Judgment due on **January 9, 2026.**

IT IS SO ORDERED.

DATED this ___ of November, 2025

_____
THE HONORABLE BARBARA J. ROTHSTEIN

Presented by:

By:     /s/ Samuel J. Strauss
Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli (*pro hac vice*)
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
aphillips@straussborrelli.com

*Attorneys for Plaintiff*

By:     /s/ *J. Dino Vasquez*
J. Dino Vasquez, WSBA No. #25533
**MILLER NASH LLP**
605 5th Ave. S., Ste. 900
Seattle, WA 98104
Telephone: 206.624.8300
Facsimile: 206.340.9599
dino.vasquez@millernash.com

*Attorney for Defendant*
*1000822913 US Inc.*