The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **VANESSA VANDERBRUG,** administrator of the estate of Kay Anne Vanderbrug, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**MAXSOLD INC**., and,<br>**1000822913 US INC**.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES |

Before the Court is Stipulated Motion to Extend Deadlines. The Court has considered the stipulated Motion and GRANTS it. The Court extends the deadlines in this matter by 28 days each, with Plaintiff's opposition to Defendant's Motion for Summary Judgment due on **December 19, 2025**, and Defendant's reply in support of their Motion for Summary Judgment due on **January 9, 2026.**

1  IT IS SO ORDERED.

2  DATED this 14th of November, 2025

3  *[signature: Barbara J. Rothstein]*
   THE HONORABLE BARBARA J. ROTHSTEIN

7  Presented by:

8  By:   /s/ Samuel J. Strauss
   Samuel J. Strauss, WSBA No. #46971
   Raina C. Borrelli (*pro hac vice*)
   Alex Phillips (*pro hac vice*)
   **STRAUSS BORRELLI PLLC**
   980 N. Michigan Ave., Ste. 1610
   Chicago, Illinois 60611
   Telephone: (872) 263-1100
   Facsimile: (872) 263-1109
   sam@straussborrelli.com
   raina@straussborrelli.com
   aphillips@straussborrelli.com

   *Attorneys for Plaintiff*

16 By:   /s/ *J. Dino Vasquez*
   J. Dino Vasquez, WSBA No. #25533
   **MILLER NASH LLP**
   605 5th Ave. S., Ste. 900
   Seattle, WA 98104
   Telephone: 206.624.8300
   Facsimile: 206.340.9599
   dino.vasquez@millernash.com

   *Attorney for Defendant*
   *1000822913 US Inc.*