The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA VANDERBRUG, as Administrator of Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>NOTICE OF APPEARANCE |

TO:	THE CLERK OF THE COURT

AND TO:	ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Lisa Lee of Miller Nash LLP hereby appears in the above-entitled action alongside J. Dino Vasquez, also of Miller Nash LLP, on behalf of Defendant 1000822913 US Inc. and requests that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be had upon Defendant 1000822913 US Inc. by serving the undersigned attorneys at the offices stated below.

NOTICE OF APPEARANCE – 1
Case No. 2:22-CV-1707 BJR

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300

1  DATED this 24th day of November, 2025.

MILLER NASH LLP

*/s/ Lisa Lee*
Lisa Lee, WSBA No. 64324
J. Dino Vasquez, WSBA No. 25533
605 5th Ave. S., Ste. 900
Seattle, WA  98104
Telephone: 206.624.8300
Fax: 206.340.9599
Email: lisa.lee@millernash.com
         dino.vasquez@millernash.com

**Attorneys for Defendant 1000822913 US Inc.**

NOTICE OF APPEARANCE – 2
Case No. 2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 24th day of November, 2025.

/s/Semee I. Yim
Semee I. Yim, Legal Assistant
semee.yim@millernash.com

CERTIFICATE OF SERVICE - 3
Case No. 2:22-CV-1707 BJR

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98014
(206) 624-8300