1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9   VANESSA VANDERBRUG, as
    ADMINISTRATOR OF ESTATE OF KAY
10  ANNE VANDERBRUG, and on behalf of all
    others similarly situated,

11

                            Plaintiff,
12
            v.
13
    MAXSOLD INC.
14
    and
15
    1000822913 US INC.,
16

17                          Defendants.

Case No. 2:22-cv-01707-BJR

Honorable Judge Barbara J. Rothstein

DECLARATION OF ALEX PHILLIPS
IN SUPPORT OF PLAINTIFF'S
MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

18

19          1.      I am counsel for Plaintiff in the above-captioned case. This declaration supports

20  Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment. I have

21  personal knowledge of the facts set forth in this declaration and could testify competently to them

22  if called upon to do so.

23
24
25

DEC. OF ALEX PHILLIPS IN SUPPORT OF PL'S MEM. IN
OPPOSITION TO DEF'S MOT. FOR SUMMARY JUDGMENT - 1
Case No. 2:22-cv-01707-BJR

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the First Amended to Loan Security Agreement between the National Bank of Canada, MaxSold Incorporated, and MaxSold Inc. which was received from 1000822913 US Inc. during discovery.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the Deposition of Edward ("Ed") Durnil.

4. Attached hereto as Exhibit C is a true and correct copy of emails received from 1000822913 US Inc. during discovery.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from a Seller Agreement template for MaxSold Inc. which was received from 1000822913 US Inc. during discovery.

6. Attached hereto as Exhibit E is a true and correct copy of emails received from 1000822913 US Inc. during discovery.

7. Attached hereto as Exhibit F is a true and correct copy of emails received from 1000822913 US Inc. during discovery.

8. Attached hereto as Exhibit G is a true and correct copy of excepts from Defendant 1000822913 US Inc.'s Responses to Plaintiff's First Discovery Requests.

9. Attached hereto as Exhibit H is a true and correct copy of emails received from 1000822913 US Inc. during discovery.

10. Attached hereto as Exhibit I is a true and correct copy of the Assignment, Approval and Vesting Order by the Ontario Superior Court of Justice in Bankruptcy and Insolvency which was received from 1000822913 US Inc. during discovery.

11. Attached hereto as Exhibit J is a true and correct copy of emails received from 1000822913 US Inc. during discovery.

STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100 | F: (872) 263-1109

12.    Attached hereto as Exhibit K is a true and correct copy of excerpts from the transcript of the Deposition of Chris Reid.

13.    Attached hereto as Exhibit L is a true and correct copy of the Business Entity Summary for 1000822913 US Inc. from the Secretary of the Commonwealth of Massachusetts.

14.    Attached hereto as Exhibit M is a true and correct copy of the Stalking Horse Asset Purchase Agreement dated March 11, 2024, which was received from 1000822913 US Inc. during discovery.

15.    Attached hereto as Exhibit N is a true and correct copy of emails received from 1000822913 US Inc. during discovery.

16.    Attached hereto as Exhibit O is a true and correct copy of emails received from 1000822913 US Inc. during discovery.

*        *        *        *        *

Pursuant to 28 U.S.C. § 1746, I declare and sign under penalty of perjury of the United States of America that the foregoing is true and correct.

DATE: December 19, 2025

Respectfully submitted,

By: /s/ *Alex Phillips*
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
aphillips@straussborrelli.com

*Attorney for Plaintiff*

DEC. OF ALEX PHILLIPS IN SUPPORT OF PL'S MEM. IN
OPPOSITION TO DEF'S MOT. FOR SUMMARY JUDGMENT - 3
Case No. 2:22-cv-01707-BJR

STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100 | F: (872) 263-1109

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ *Alex Phillips*
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
aphillips@straussborrelli.com

*Attorney for Plaintiff*

DEC. OF ALEX PHILLIPS IN SUPPORT OF PL'S MEM. IN OPPOSITION TO DEF'S MOT. FOR SUMMARY JUDGMENT - 4
Case No. 2:22-cv-01707-BJR

STRAUSS BORRELLI PLLC
980 N. Michigan Ave., Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100 | F: (872) 263-1109