— **EXHIBIT B** —

```
                                                          Page 6
 1   finish my question before you answer.
 2           Does that make sense?
 3       A   Yes, sir.
 4       Q   Great.  And when answering, no
 5   uh-uhs or uh-uhs.  I'll know what you mean,
 6   but it won't show up on the record.
 7           Does that make sense?
 8       A   Yes, sir.
 9       Q   Great.  Standard question.  Have you
10   had any alcohol this morning?
11       A   No, sir.
12       Q   Have you had any medications which
13   would affect your ability to give truthful and
14   accurate testimony in today's deposition?
15       A   No, sir.
16       Q   Is there any other reason that you
17   would not be able to give truthful and
18   accurate testimony in today's deposition?
19       A   No, sir.
20       Q   Okay.  So you are in the business of
21   auctioneering, is that correct?
22       A   ==We are in the business of==
23   ==real estate auctions, yes.  Not auctions on==
24   ==the personal property side.==
```

```
                                                 Page 42
 1        A    No, sir.
 2        Q    And this draft on the top states,
 3   This Consulting Agreement is made as of May 7,
 4   2024 between, and then it has got this company
 5   name, 1000822913 US Inc.
 6             And stopping there.
 7             Do you recognize that to be the new
 8   legal entity for MaxSold within the
 9   United States?
10        A    I do.
11        Q    And this will be Exhibit Number 5.
12   Or Number 6.
13             Excuse me.  Well, scratch that.
14             Ed, when you say that that draft was
15   never executed, did you ever execute a new
16   contract subsequent to 2017 with MaxSold?
17        A    No, sir.
18        Q    So from your perspective, are you
19   still operating under the 2017 contract?
20        A    Operating, yes.
21        Q    And you've increased the fees that
22   you charge, but other than that have the terms
23   of that contract materially changed from your
24   perspective?
```