# — EXHIBIT  D —

# maxsold

This Seller Agreement (the **"Agreement"**), effective _____ (the **"Effective Date"**), is entered into by and between _____ with an address at _____ _____ (**"Seller"**), and MaxSold Inc., a Delaware corporation with an address at 203 East Post Road, White Plains, NY 10603 (**"Company"**), each a **"party"** and together the **"parties"**.

## BACKGROUND

Seller would like to use Company's online auction services to assist in their sale of certain personal property that is under Seller's authority and control. The personal property is located at _____ _____ (the **"Location"**).

## AGREEMENT

The parties, intending to be legal bound, agree as follows:

1. **GOODS**

   As and when personal property is entered into a catalogue, including in-process, draft, final and updated versions of the catalogue prepared by Company for Seller, that property becomes part of the **"Goods"**.

2. **METHOD OF SALE**

   Seller shall offer Goods for sale to the highest bidder regardless of price through an unreserved online only auction of the Seller administered for the Seller by Company through the Services (the **"Auction"**). **There is no minimum price in respect of any of Goods.** Seller agrees that the selling price of Goods will be public. Each person who accepts to buy Goods from Seller through the Auction, and is the highest bidder, is called a **"Buyer"**. The aggregate of highest bids made and collectively paid by Buyers for Goods of the Auction, net of refunds, but excluding buyer premium and sales taxes paid by Buyers, is called **"Gross Proceeds"**.

3. **SERVICES PROVIDED BY COMPANY**

   As agent of Seller, Company shall promote auction, administer the Seller's Auction, invoice Buyers, collect funds and required sales taxes, report all sales, and transfer the net sale proceeds to Seller (the **"Standard Services"**). Upon request by Seller, Company may provide additional services for an added cost (the **"Additional Services"** and together with the Standard Services and any other services described in Section 4 and Section 22, the **"Services"**).

4. **FEES PAID BY SELLER FOR AUCTION**

   In consideration of the Services, Seller shall pay Company for the following (the **"Fees"**):

   a. the Standard Services in an amount that is the greater of *$300 or 30% of the Gross Proceeds*;

   b. any Additional Services requested by Seller;
   c. editing and rectifying post-cataloguing and photography issues after the Seller has approved the catalogue;

US INC_000338