— **EXHIBIT E** —



Chris Reid <chris@theamazingreids.com>

**MaxSold and post sale US auctions**

**russ.patterson@maxsold.com** <russ.patterson@maxsold.com>   Fri, Apr 19, 2024 at 12:42 PM
To: Chris Reid <chris@theamazingreids.com>, Sath Dosanjh <sath.dosanjh@maxsold.com>
Cc: iklaiman@szklaw.ca, jwuthmann@reconllp.com, pcho@weirfoulds.com, rahn.dodick@dodick.ca, richard.evans@maxsold.com

Rich and I are meeting with a few others internally to prepare plan B (explicit notice comms plan for customers holding contracts with USCo for post sale auctions). Chris, we can share that plan with you later today, after we pull it together.

Per our discussion earlier today, I do not foresee a solution for auction funds received by old USCo after sale and before payment processor can make changes to redirect to new bank accounts. During this period at minimum, we need to ensure NBC will not try to sweep those funds.

. Russ

**From:** Chris Reid <chris@theamazingreids.com>
**Sent:** Friday, April 19, 2024 12:17 PM
**To:** Sath Dosanjh <sath.dosanjh@maxsold.com>
**Cc:** iklaiman@szklaw.ca; jwuthmann@reconllp.com; pcho@weirfoulds.com; rahn.dodick@dodick.ca; richard.evans@maxsold.com; russ.patterson@maxsold.com
**Subject:** Re: MaxSold and post sale US auctions

So that service agreement contract is also frustrated and as per the termination clause can and should probably be cancelled  (seemingly alloted when making a transfer of property for the benefit of it's creditors)?

To reiterate I don't want to buy an impaired asset where the customers, partners and brand  have hundreds of auctions being unfulfillable.

So unless national/harvey arrange something with the purchaser my message to can co as the purchaser is I don't want to have an existential issue where my customers have frustrated contracts.  I would like that these customers (to whom can co called and sold and marketed to and explained the value of the max sold service and IP) be able to enjoy said service and IP and to the degree those customers can no longer get the maxsold experience be provided a provide a path to receive that experience should they still choose to receive it.

There isn't much time before close so if harvey/ national do not provide an acceptable option to the purchaser I'll need to see a plan from can co on monday that is satisfactory to maintain the value of the assets.

On Fri, Apr 19, 2024 at 10:31 AM Sath Dosanjh <sath.dosanjh@maxsold.com> wrote:

> All, fyi-
>
> also found the attached agreement between USCo and CanCo that formalizes the transfer pricing arrangement.