— **EXHIBIT F** —



Chris Reid &lt;chris@theamazingreids.com&gt;

## RE: Saw you called

**Chris Reid** &lt;chris@reids.co&gt;                                                                                                         Thu, Apr 18, 2024 at 1:24 PM
To: russ.patterson@maxsold.com
Cc: Jessica Wuthmann &lt;jwuthmann@reconllp.com&gt;, Sath Dosanjh &lt;sath.dosanjh@maxsold.com&gt;

I think this might be really simple:
- all the ip is with new co to run an auction
- the service can only be delivered by new co post close
- us co's existing contracts are frustrated to the point they can't be delivered putting us co in a bad spot
- us co and can co do not want to destroy the value of the maxsold asset - eg screwing up not being able to deliver the service offered to 100s of sellers, can co to the degree it is acting as the master brand must handle this
- us co simply contracts with new co to fullfil the contracts that end post close, we sign something to the effect, it's simple new co runs them on us co's behalf and aborbs the risk/reward
- new co runs the auctions per the agreement handles everything
- sellers are happy no damage done to the assets

On Thu, Apr 18, 2024 at 1:11 PM &lt;russ.patterson@maxsold.com&gt; wrote:

> (+Chris and Sath)
>
> That's okay – I was just being opportunistic because I had Chris in a video conf and was hoping we might be able to grab you.
>
> Could we set up some time to go through a couple important questions re contract assignment?
>
> We have the list together I think, but there are two special items that merit discussion:
>
>   1. Assignment of Canadian seller contracts to NewCo.
>   2. Assignment of US sellers contracts.
>
> Anytime after 3pm is ideal. I am tied up 1:30-2:30 on cash flow.
>
> Unrelated – I am looking at the affidavit you sent over now.
>
> Cheers
>
> . Russ

US INC_000042