— EXHIBIT H —



Chris Reid <chris@theamazingreids.com>

## Questions (legal and other)

**Russ Patterson** <russ.patterson@maxsold.com>                                    Mon, Feb 26, 2024 at 1:32 PM
To: Chris Reid <chris@reids.co>, Sath Dosanjh <sath.dosanjh@maxsold.com>

Hi Chris.

1. **Legal.**

- Is this CRA? No CRA drove some fees with KPMG, and we were able to get Moody's to look at it pro bono as a favour to Framework. The high legal bills in 2023 reflect an unusual year. We had multiple term sheets and financings, complex exits for the founding CEO, his wife, and a few others, the US class action, and smaller nuisance litigation.
- We'll add legal invoices to the data room list as per your suggestion.
- The class action has to do with US Do Not Call list violations. This will not be an operating risk going forward, though I do think a review of our overall regulatory compliance is warranted.
- On an ongoing basis, legal fees should run approximately $10k per month on average, consistent with 2022 and 2021.

2. **MaxSold Managed Costs.**

- Somewhat. True accounting of time spent is not captured in our system at all. Ticket time is captured but cannot be easily allocated to MM/SM. If you review prior financials, we do report GM for MM and SM separately. Easy to understand field cost allocations (100% is MM) but I am not sure how our Prophex system allocated operations and support costs to come up with those numbers. Historically, gross margin on B2C MM is more than 2.5x B2C SM. MM service is small on volume but high on impact.

3. **US Entity.**
- The purpose of the US entity is to hold employment contracts and auction licenses for our US-based full and part-time employees and for our US operations.
- I'm not sure what the impact on taxation would be if we were to close the business down while continuing US operations. We have not posed that question to our accounting firm before. It would be something to look at post-sale, should the acquirer wish to shut down the US entity.
- Finance handles all filings in-house.

4. **Gordon's.**
- I'm sure you can appreciate that we can't share info re other bidders. Like all our top partners, retaining Gordon's business post-sale will be of paramount importance. I don't see a reason why Gordon's or anyone else would want to stop using MaxSold just because of an ownership change. If less we subsequently make changes that makes us less attractive to them in some way, that would be another matter, but I would expect to retain all partners through the transition.

. Russ

---

**From:** Chris Reid <chris@reids.co>
**Sent:** Sunday, February 25, 2024 4:01 PM
**To:** Sath Dosanjh <sath.dosanjh@maxsold.com>; Russ Patterson <russ.patterson@maxsold.com>
**Subject:** Questions (legal and other)

US INC_000003

### Legal

- The legal fees have been quite substantial over the last year, can we get a breakdown of the nature of these:
    - Is this cra
    - Is this being sued for business practices / anything that might relate to the ongoing business
    - Whats the ongoing legal cost to run the business
    - US compliance
    - Etc.
- Any pending / existing / previous litigation (there was some reference to a class action lawsuit in board meeting notes)
- Can you add all the legal invoices for the last 2 years to the data room
- Is there any liability tied up in existing contracts / users where we do not want to assume them

### MSM Costs

- Do we track with any granularity what tickets, sales, qualification, etc other costs are attributed to msm vs say seller managed auctions?

### US Entity

- Can you go through the full reasoning for the US entity: employees, nexus on state taxes, etc.
- How do you currently handle all the us filing requirements

### Gordon's Downsizing

- Gordon's is the biggest partner, is the founder of Gordon's bidding on the business
- Any idea if that business will be maintained irrespective of who the owner is