— **EXHIBIT J** —



Chris Reid <chris@theamazingreids.com>

## Urgent re US Business Continuity

**russ.patterson@maxsold.com** <russ.patterson@maxsold.com>  Tue, Apr 23, 2024 at 4:02 PM
To: Chris Reid <chris@reids.co>
Cc: Ian Klaiman <iklaiman@szklaw.ca>, Sath Dosanjh <sath.dosanjh@maxsold.com>

Good news.

After discussion with counsel, they changed their guidance and agreed we can continue to sell contracts in the US in good faith even if a change were to be made to the purchase agreement.

I can exhale now. I'm optimistic Chris will find a way to reach an agreement with the Sith Lord and solve this problem for post close.

The very idea of saying "no" to inbound contracts after all we've gone through for this business to fight for survival and stretch our cash flow to this point was making me feel nauseated. Thrilled to stand down from that.

Russ

**From:** Chris Reid <chris@reids.co>
**Sent:** Tuesday, April 23, 2024 3:43 PM
**To:** russ.patterson@maxsold.com
**Cc:** Ian Klaiman <iklaiman@szklaw.ca>; Sath Dosanjh <sath.dosanjh@maxsold.com>
**Subject:** Re: Urgent re US Business Continuity

For sure I'm sure for new contracts we can find a way to offer them through new co, who is happy to fullfil future maxsold auctions. To that end we can do the contracts in Can co, they will then be assigned to new co US at close.

On Tue, Apr 23, 2024 at 2:33 PM <russ.patterson@maxsold.com> wrote:

> Thanks Chris.
>
> I do not wish to do anything to harm NewCo in any way.
>
> I am seeking legal advice. I will drop a note to Harvey with my concerns.

I understand your argument re the overall brand, but we clearly cannot continue to offer contracts to customers if we have no way to fulfil them.

. R

---

**From:** Chris Reid <chris@reids.co>
**Sent:** Tuesday, April 23, 2024 2:27 PM
**To:** russ.patterson@maxsold.com
**Cc:** Ian Klaiman <iklaiman@szklaw.ca>; Sath Dosanjh <sath.dosanjh@maxsold.com>
**Subject:** Re: Urgent re US Business Continuity

There may be more to consider, Can Co (who you are also both officers for and whom will deliver the most value to the secured creditor) owns the maxsold brand, found and sold those customers and was to deliver the service to those customers and partners as part of it's business as the parent co . We need to maintain the value of those assets through this process, so while I couldn't speak to what us co does (if I was not buying it) I think I can speak to the preservation of the assets in can co which includes those auctions to the degree they form part of the max sold business, brand, customer list, promise of service to partners, relationships with partners, delivery of service offered via and sold by can co staff, etc.

I realize that being an officer of both companies may create this conundrum for you and I'm sure you understand that I must push for the assets I'm buying to be preserved.

Perhaps National needs to realize that there may not be anyone willing to act at us co in such a conflicted circumstance and to move quickly on providing resolution. I'm sure National needs the goodwill of multiple parties post close to help with stuff and as Harvey has pointed out no one works for free.

On Tue, Apr 23, 2024 at 2:02 PM <russ.patterson@maxsold.com> wrote:

> Hi gentlemen.
>
> I heard from Jessica that you are considering filing a change to exclude USCo from the purchase as soon as this afternoon.
>
> I would ask that you hold off on doing so as long as possible. With no immediate deadline on making that change, it's important that the asset continue to be included in the purchase agreement while a solution is being found for fulfilling USCo contracts and repatriating funds from USCo accounts post close.
>
> As soon as you explicitly exclude USCo, an officer's liability is created that lands on Sath and on me. We would find ourselves backed into a corner with no alternative but to immediately stop booking US auctions and also to immediately cancel all existing contracts for partners and customers in the US whose auctions will not be closed prior to the sale of the company. That is something that we desperately want to avoid having to do.

I understand you're negotiating with NBC for a possible solution, and I'm hopeful that you're able to do so. In the meantime, while those discussions are still going on, I would urge you to please hold off on filing any changes to the purchase agreement. That will allow us to continue to book US auction contracts forward to the benefit of the purchaser on good faith that he will fulfil his obligations.


**Russ Patterson**
President & CEO, MaxSold
russ.patterson@maxsold.com
1-905-302-7236

https://maxsold.com

US INC_000053