— **EXHIBIT L** —

**Secretary of the Commonwealth of Massachusetts**
William Francis Galvin

## Business Entity Summary

ID Number: 001815534    [Request certificate]  [New search]

Summary for: 1000822913 US INC.

| | |
|---|---|
| The exact name of the Foreign Corporation: | 1000822913 US INC. |
| Entity type: | Foreign Corporation |
| Identification Number: | 001815534 |
| Date of Registration in Massachusetts: 06-28-2024 | Date of Reinstatement: |
| | Last date certain: |
| Organized under the laws of: State: DE Country: USA on: 04-26-2024 | |
| Current Fiscal Month/Day: 12/31 | |
| The location of the Principal Office: | |
| Address:  290 KING STREET EAST, KITCHENER, ONTARIO, CANADA | |
| City or town, State, Zip code, Country:       SE   N2G 2L3   CAN | |
| The location of the Massachusetts office, if any: | |
| Address: | |
| City or town, State, Zip code, Country: | |
| The name and address of the Registered Agent: | |
| Name:     HUBCO REGISTERED AGENT SERVICES, INC. | |
| Address:  44 SCHOOL ST, SUITE 505 | |
| City or town, State, Zip code, Country:       BOSTON,  MA  02108  USA | |

The Officers and Directors of the Corporation:

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | CHRIS REID | 290 KING STREET EAST, KITCHENER, ONTARIO, CANADA N2G 2L3 CAN |

Business entity stock is publicly traded: ☐

The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| | | | | |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

View filings for this business entity:

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
Articles of Correction
```

[View filings]

Comments or notes associated with this business entity:

[New search]