— **EXHIBIT N** —

# Gmail

Chris Reid <chris@theamazingreids.com>

## transition auctions

**Russ Patterson** <russ.patterson@maxsold.com>　　　　　　　　　　　　　　Mon, Mar 11, 2024 at 10:50 AM
To: Chris Reid <chris@reids.co>

Sure. Let's do 11am if that works for you?

They way you have described it here is exactly as I would have envisioned it would go, but now that I think about it more, you may need to assume recently closed auctions as well. If we have a buyer issue and need to make a refund a week later, there would be no company and no funds remaining to make that payment from.

Note that we only collect funds from winning bidders, so seller funds in trust = bidder funds in trust. Fortunately, it isn't much more complicated than that.

. Russ

**From:** Chris Reid <chris@reids.co>
**Sent:** Monday, March 11, 2024 10:26 AM
**To:** Russ Patterson <russ.patterson@maxsold.com>
**Subject:** Re: transition auctions

We have a call at 345 with the lawyers to get the language on this correct.

To your point of making sure the monies for sellers is held in trust and paid is super important as we can't have the bank trying sweep funds and then tarnishing the business name or burdening us with payments that are the responsibility of old co. My understanding is this is only the seller portion that is held in trust though so I believe there is more to work out

What I'm proposing is all auctions that are open and running at the time of close we assume into new co and thus we have the responsibility of servicing, commissions, refunds, systems, cs team handling pickup inquires, buyers remorse, seller payments, etc. So all auctions that are open go to our credit.

All auctions that are closed as of the closing date are the responsibility of old co.

This gives clean delineation the only thing that makes it difficult if you take bidder funds prior to close or if the bidder payments flow into the existing merchant account prior to a transition happening.

Do you have time to jump on a call perhaps we don't need to wait till 345 to instruct the lawyers and work it out

US INC_000011

On Mon, Mar 11, 2024, 10:11 a.m. Russ Patterson <russ.patterson@maxsold.com> wrote:

> Funds are held in trust in separate bank accounts in the US and Ca, so we don't anticipate any issues with that part of closing.
>
> Happy to connect if you like.
>
> **Russ Patterson**
> President & CEO, MaxSold
> russ.patterson@maxsold.com
>
> 1-905-302-7236
>
> https://maxsold.com
>
> On Sun, Mar 10, 2024 at 4:25 PM Chris Reid <chris@reids.co> wrote:
>
>> Hey Russ,
>>
>> ==Since we'll be assuming all auction contracts we'll be responsible for all auctions post close: credits, refunds, commission payments, paying sellers, etc==
>>
>> We thus need to ensure we collect the funds to be paid to the sellers / referral partners / etc. Do bidders provide deposits prior to close (eg if you bid do you lot do you charge the credit card right away, or take monies in any other form upfront)
>>
>> If so we need to make sure those funds are held in trust which complicates the agreement a bit if not the agreement should be simple
>>
>> Can we jump on the horn to discuss quickly?