— **EXHIBIT O** —



**Chris Reid <chris@theamazingreids.com>**

---

## US Auction Licenses

---

**Russ Patterson** <russ.patterson@maxsold.com>  Tue, Mar 19, 2024 at 4:47 PM
To: Chris Reid <chris@reids.co>
Cc: Rich Evans <richard.evans@maxsold.com>

Hi Chris

Rich and I had a chance to touch base with Ed Durnil earlier today. Ed is the one who holds our auction licenses in the United States. He came into the relationship with MaxSold via his old friend Barry Gordon.

We explained the situation here and asked what the implications might be if (a) a new owner wishes to operate in the US without a US entity, or (b) a new owner wishes to operate in the US with a new and different US entity.

Ed is happy to help us out with the request and will compile some info. The answer will vary State by State.

He'd said he'd appreciate a chance to meet our stalking horse bidder if workable. By permitting us to operate under his auction licenses, he's exposing himself to a little bit of risk and liability and would appreciate a chance to "Get the warm and fuzzies" about a potential new owner.

Can I go ahead and make an email intro? I think Ed is hoping you might have some time to meet with him as soon as next week.

Russ