The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA VANDERBRUG, as Administrator of Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>DECLARATION OF CHRISTOPHER REID IN SUPPORT OF DEFENDANT 1000822913 US INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Christopher Reid, declare under penalty of perjury in accordance with the law of Washington as follows:

1. I am the CEO of 1000822913 Ontario Inc. ("Ontario Inc.") and 1000822913 US Inc. ("US Inc.") in the above-captioned matter and have personal knowledge of the facts set forth herein.

2. U.S. Inc. operates in the United States under licensing agreements with Ontario Inc. for the use of software, technology, and intellectual property that Ontario Inc. purchased from Canadian MaxSold, the pre-bankruptcy parent company.

3. U.S. Inc. did not purchase any entities through bankruptcy proceedings.

DECLARATION OF CHRISTOPHER REID IN SUPPORT OF DEFENDANT 1000822913 US INC.'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
2:22-CV-1707 BJR

Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

1

4. U.S. Inc. has not purchased any Maxsold, Inc. (U.S. MaxSold) assets from Ontario Inc.

5. U.S. Inc., is a wholly owned subsidiary of Ontario Inc., which operates with new owners, a new Board of Directors, and is controlled by third-party venture capital firms, the new CEO, and the new managerial team of personnel who were not associated with U.S. MaxSold.

6. Attached hereto as Exhibit 1 is the Loan and Security Agreement between Silicon Valley Bank and Canadian MaxSold.

7. Attached hereto as Exhibit 2 is a true and correct copy of the Debt and Assignment Agreement of May 6, 2024 between National Bank of Canada and Ontario, Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 9, 2026

*s/Christopher Reid*
Christopher Reid, CEO of Ontario Inc. and US. Inc.

DECLARATION OF CHRISTOPHER REID IN SUPPORT OF DEFENDANT 1000822913 US INC.'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
- 2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

# DECLARATION OF SERVICE

I, Cara Lowrance, hereby declare under penalty of perjury under the laws of the United States that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system, which will send notification to all registered users. A true and correct copy was sent via US First Class mail to the following:

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Seattle, Washington on this 9th day of January, 2026.

                                        *s/Cara Lowrance*
                                        Cara Lowrance, Legal Assistant
                                        cara.lowrance@millernash.com