# EXHIBIT 2

**ASSIGNMENT AGREEMENT** made as of the 6th day of May, 2024.

**B E T W E E N**:

**NATIONAL BANK OF CANADA**

(hereinafter called the "**Assignor**")

OF THE FIRST PART

- and -

**1000822913 Ontario Inc.**

(hereinafter called the "**Assignee**")

OF THE SECOND PART

**WHEREAS** as of May 1, 2024, MaxSold Incorporated ("**CanCo**"), a company formed under the federal laws of Canada, and MaxSold Inc., a company formed under laws of the State of Delaware ("**USCo**" and together with CanCo, the "**Borrower**") are jointly and severally indebted to the Assignor, pursuant to a Loan and Security dated March 16, 2022, as amended by a First Amendment to Loan and Security Agreement dated October 31, 2023 with the Borrower, for principal and interest in the aggregate amount of $3,205,467.26, calculated as shown at **Schedule A** (collectively, the "**Indebtedness**"). For greater clarity, the Indebtedness excludes legal and other fees and expenses incurred by the Assignor;

**AND WHEREAS** the Assignor has been granted and holds the Security (as defined in **Schedule B** attached hereto) as security for repayment of the Indebtedness;

**AND WHEREAS** the Assignee has agreed to purchase from the Assignor the Indebtedness of USCo and the Security (as defined in **Schedule B**) (collectively the "**USCo Debt and Security**") on the terms and conditions set out herein;

**AND WHEREAS** contemporaneously with the execution and delivery of this Assignment Agreement, the Assignee has paid to the Assignor the total amount of $20,000.00 CDN (the "**Purchase Price**") to purchase from the Assignor all of the Assignor's right, title and interest in and to the USCo Debt and Security, save and except for the Sale Proceeds (as defined below) and any other amounts that, but for this Assignment Agreement would be payable to the Assignor as secured creditor of CanCo (collectively, the "**CanCo Security Proceeds**");

**AND WHEREAS** CanCo filed a Notice of Intention to Make a Proposal under the *Bankruptcy and Insolvency Act*, RSC 1985, c B-3 on February 15, 2024 (the "**Proposal**");

**AND WHEREAS** on March 14, 2024, the Court granted an Order that, among other things, approved CanCo's sale and investment solicitation process and approved the Stalking Horse Asset Purchase Agreement between CanCo, as vendor, and 1000822913 Ontario Inc. (the "**Purchaser**"), as purchaser (the "**APA**");

- 2 -

**AND WHEREAS** on April 25, 2024, the Court granted an Order, among other things, approving the sale transaction (the "**Transaction**") contemplated by the APA and vesting in the Purchaser all of CanCo's right title and interest in and to the assets described in the APA;

**AND WHEREAS** the closing of the Transaction will generate net proceeds in an amount no greater than $750,000.00 to be distributed to the Assignor through the Proposal and/or a bankruptcy of CanCo (the "**Sale Proceeds**").

**NOW THEREFORE THIS AGREEMENT WITNESSETH** that for good and valuable consideration (the receipt and sufficiency of which are hereby irrevocably acknowledged), the parties hereto agree as follows:

1. The Assignor does hereby assign, sell and transfer to the Assignee all of its rights, interests, benefits and advantages in and to the USCo Debt and Security, save and except for the CanCo Security Proceeds, which for greater clarity, shall be paid to the Assignor and credited to the Indebtedness. The Assignor shall notify the Assignee of the amount of any realization of the CanCo Security Proceeds.

2. The effective date for this Agreement will be the date on which all of the following conditions precedent have been satisfied (such date, the "**Effective Date**"), which shall be no later than May 6, 2024:

    (a) this Agreement shall have been duly executed and delivered by the Assignee to the Assignor;

    (b) the Assignee shall have paid the Purchase Price to the Assignor; and

    (c) the Transaction shall be completed.

3. The assignment herein is made on the basis that there are no representations, warranties or conditions, express or implied, made by the Assignor or by anyone on its behalf or by anyone else with respect to the USCo Debt and Security. The Assignee acknowledges and agrees that it is accepting the assignment of the USCo Debt and Security on an "as is" basis, without recourse against the Assignor in any respect.

4. Each of the undersigned, being the Borrower, hereby acknowledges and agrees that pursuant to this Assignment Agreement, all Indebtedness owing by USCo to the Assignor prior to the date hereof, save and except for the CanCo Security Proceeds, shall, from the Effective Date, be owing to the Assignee.

5. The Assignor shall concurrently with the execution of this Assignment Agreement deliver the copies of the Security to the Assignee.

6. The Assignor and Borrower agree to sign and/or deliver all documents reasonably requested by the Assignee for the purpose of effecting the assignment of the USCo Debt and Security, including but not limited to amending or authorizing the amendment of any Uniform Commercial Code or *Personal Property Security Act* financing statements.

7. The Assignee hereby undertakes and agrees to, and authorizes its counsel, Spetter Zeitz Klaiman PC, to register such documents, file such statements and give such notices as may be required to record the assignment of the USCo Debt and Security, including but not limited to amending or

- 3 -

8. The Assignee agrees that the enforcement of, and all other dealings with, USCo Debt and Security shall be done in the name of the Assignee and not in the name of the Assignor.

9. This Assignment Agreement may be signed in counterparts and each of such counterpart shall constitute an original document and all of which counterparts taken together shall constitute one and the same instrument.

10. Executed copies of this Assignment Agreement and any notices required under this Assignment Agreement may be delivered by email at the applicable coordinates shown below and shall be conclusively deemed to have been executed and delivered and shall be binding on the party delivering such copy upon receipt by the other party of such copy:

    (a) If to the Assignor:

    Chaitons LLP
    5000 Yonge Street, 10th Floor
    Toronto, ON M2N 7E9

    Attention:    Harvey Chaiton
    Email:        Harvey@chaitons.com

    (b) If to the Assignee:

    1000822913 Ontario Inc.
    Attention:    Chris Reid
    Email:        chris@reids.co

    with a copy to:

    Spetter Zeitz Klaiman PC
    100 Sheppard Avenue East, Suite 850
    Toronto, ON M2N 6N5

    Attention:    Ian Klaiman
    Email:        iklaiman@szklaw.ca

11. This Assignment Agreement shall be construed in accordance with the laws of the Province of Ontario and the laws of Canada applicable herein.

12. This Assignment Agreement shall be binding upon the parties hereto and their respective successors and assigns.

**[Signature Page Follows]**

DOC#11501088v2

- 4 -

**IN WITNESS WHEREOF** the parties have executed this Assignment Agreement this day of May 6, 2024.

WITNESS:

                                   **NATIONAL BANK OF CANADA**

Per: *Audrey Ng*      *C. Podsiadlo*

Name: Audrey Ng      Caroline Podsiadlo
Title: Senior Manager      Senior Director
We have the authority to bind the corporation

**1000822913 ONTARIO INC.**

Per: _____
Name:
Title:
We have the authority to bind the corporation

Acknowledged by the Borrower:

**MAXSOLD INCORPORATED**

Per: _____
Name:
Title:
We have the authority to bind the corporation

**MAXSOLD INC.**

Per: _____
Name:
Title:
We have the authority to bind the corporation

- 4 -

**IN WITNESS WHEREOF** the parties have executed this Assignment Agreement this day of May 6th, 2024.

WITNESS:

                      **NATIONAL BANK OF CANADA**

Per: _____
Name:
Title:
We have the authority to bind the corporation

                      **1000822913 ONTARIO INC.**

Per: _____
Name: Christopher Reid
Title: CEO
We have the authority to bind the corporation

Acknowledged by the Borrower:

Name 1
**MAXSOLD INCORPORATED**

Per: _____
Name: Russ Patterson
Title: CEO
We have the authority to bind the corporation

Name 1
**MAXSOLD INC.**

Per: _____
Name: Sathwant Dosanjh
Title: Officer
We have the authority to bind the corporation

DOC#11501088v2

Document Ref: HVBDR-CPMRU-KGZTK-Q78YU

## Schedule "A"
### (Loan – Principal and Interest)

1. Indebtedness owing by the Borrower to National Bank of Canada, current as of May 3, 2024 (the "**Indebtedness**"):

**Maxsold Incorporated and Maxsold Inc**

**Indebtedness to National Bank of Canada**

**May 3, 2024**

| | |
|---|---|
| Loan # 020682599570 (P + 1.80%) [1] | 3,111,111.10 |
| Accrued Interest | 94,356.16 |
| Per diem : $767.12 | |
| **Subtotal** | 3,205,467.26 |
| **TOTAL** | **$3,205,467.26** |

[1] Subject to Prime Rate change. Canadian Prime is 7.20% as of the date of this statement

## Schedule "B"
## (Security)

1. **Security to be Assigned (collectively, the "Security")**

    a)  Loan and Security dated March 16, 2022 executed by the Borrower in favour of Silicon Valley Bank.

    b)  First Amendment to Loan and Security Agreement dated October 31, 2023 executed by the Borrower in favour of the Assignor.

DOC#11501088v2