The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA VANDERBRUG, as Administrator of Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXSOLD INC.<br><br>and<br><br>1000822913 US INC.,<br><br>Defendants. | Case No. 2:22-cv-1707 BJR<br><br>DECLARATION OF LISA LEE IN SUPPORT OF DEFENDANT 1000822913 US INC.'S MOTION FOR SUMMARY JUDGMENT |

I, Lisa Lee, declare under penalty of perjury in accordance with the law of Washington as follows:

1. I am an attorney of record for Defendant 1000822913 US Inc. ("US Inc.") in the above-captioned matter. I am over the age of eighteen and competent to be a witness to the matters stated herein. I am duly licensed to practice law in the State of Washington and the United States District Court for the Western District of Washington. I am making this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Canadian MaxSold Creditor Package of February 21, 2024.

DECLARATION OF LISA LEE IN SUPPORT OF DEFENDANT 1000822913 US INC.'S MOTION FOR SUMMARY JUDGMENT - 2:22-CV-1707 BJR

Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

1

4908-6147-7510.1

1  Dated: January 9, 2026

2

3                                               /s/ Lisa Lee
                                                _____
4                                               Lisa Lee, WSBA No. 64324

5                                               /s/ J. Dino Vasquez
                                                _____
                                                J. Dino Vasquez, WSBA No. 25533
6                                               605 5th Ave. S., Ste. 900
                                                Seattle, WA  98104
7                                               Telephone: 206.624.8300
                                                Fax: 206.340.9599
8                                               Email: lisa.lee@millernash.com
                                                       dino.vasquez@millernash.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF LISA LEE IN SUPPORT OF DEFENDANT
1000822913 US INC.'S MOTION FOR SUMMARY JUDGMENT
- 2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

2

# DECLARATION OF SERVICE

I, Cara Lowrance, hereby declare under penalty of perjury under the laws of the United States that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system, which will send notification to all registered users. A true and correct copy was sent via US First Class mail to the following:

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Seattle, Washington on this 9th day of January, 2026.

*s/Cara Lowrance*
Cara Lowrance, Legal Assistant
cara.lowrance@millernash.com

DECLARATION OF SERVICE - 1

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

4908-6147-7510.1