# EXHIBIT 1

# DODICK
# LANDAU

February 21, 2024.

Re:   MaxSold Incorporated
      Estate #33-3044331

To:   Creditors of MaxSold Incorporated
      ("MaxSold" or "the Company")

Please be advised that on February 15, 2024, MaxSold Incorporated filed a Notice of Intention ("NOI") to Make a Proposal ("Proposal") to its creditors and Dodick Landau Inc. has been appointed Proposal Trustee. Please find enclosed a copy of the Notice of Intention and Certificate of Filing a Notice of Intention to Make a Proposal.

A Proposal is essentially a compromise between a commercial debtor and its creditors that, if approved by the creditors and the Court, become legally binding. After a debtor files a NOI to file a proposal, creditors may not begin or continue any legal action against the debtor company.

Any services provided by a vendor after the date of the NOI (February 15, 2024) are not affected by the Proposal and MaxSold intends to pay these amounts in full in the ordinary course of business.

Following the filing of the Proposal, you will receive from the Proposal Trustee a creditor's package that will include a copy of the Proposal and a notice of the meeting of creditors.

Should you have any questions, please do not hesitate to contact the undersigned.

Yours truly,

DODICK LANDAU INC.
Acting as Proposal Trustee re: Proposal of
MaxSold Incorporated

Rahn Dodick, CPA, CA, CIRP, LIT
President.

District of:
Division No.
Court No.
Estate No.

- FORM 33 -
Notice of Intention To Make a Proposal
(Subsection 50.4(1) of the Act)

In the Matter of the Proposal of
MaxSold Incorporated
of the city of Kingston, in the Province of Ontario

Take notice that:

1. I, MaxSold Incorporated, an insolvent person, state, pursuant to subsection 50.4(1) of the Act, that I intend to make a proposal to my creditors.

2. Dodick Landau Inc. of 951 Wilson Ave., Unit 15L, Toronto, ON, M3K 2A7, a licensed trustee, has consented to act as trustee under the proposal. A copy of the consent is attached.

3. A list of the names of the known creditors with claims of $250 or more and the amounts of their claims is also attached.

4. Pursuant to section 69 of the Act, all proceedings against me are stayed as of the date of filing of this notice with the official receiver in my locality.

Dated at the city of Toronto in the Province of Ontario, this 15th day of February 2024.

_____
MaxSold Incorporated
Insolvent Person

District of:
Division No.   -
Court No.
Estate No.

### - FORM 33 -
### Notice of Intention To Make a Proposal
### (Subsection 50.4(1) of the Act)

In the Matter of the Proposal of
MaxSold Incorporated
of the city of Kingston, in the Province of Ontario

| List of Creditors with claims of $250 or more. | | | |
|---|---|---|---|
| Creditor | Address | Account# | Claim Amount |
| Aird & Berlis LLP Judy L. Zammit | Brookfield Place 181 Bay Street Suite 1800 Box 754 Toronto ON M5J 2T9 | | 21,721.53 |
| Algolia Inc. | 3790 El Camino Real, Unit 518 Palo Alto CA 94306 USA | | 26,744.74 |
| Ambition Solutions Inc. | 1603 Fagan Street, Unit 104 Chattanoga TN 37408 USA | | 25,567.20 |
| AuctionMethod | 30 Williams St. PO Box 426 Shelburne Falls MA 01370 USA | | 11,723.32 |
| Ayesha Fatima | x Xx ON M3K 2A7 | | 1,228.56 |
| Bitforge Games SRL | c/o Marius Bucar Bucuresti sectorul 2, Calea Mosilor NR 158 Biroul 2B, Scara B, etaj 2, Bucharest, RO ON M3K 2A7 | | 3,800.00 |
| Blize Vitrual Centre Ltd. | 10 Clarke Street Orange Walk Town, Belize ON M3K 2A7 | | 250.00 |
| CRA - Tax - Ontario | Shawinigan-Sud National Verification and Collection Centre 4695 Shawinigan-Sud Blvd Shawinigan-Sud QC G9P 5H9 | 83532 1050 | 250.00 |
| Credex Technology | 9965 Mangos Drive San Ramon CA 94583 USA | | 70,350.00 |
| Datadog Inc. | 620 8th Avenue FL 45 New York NY 10018 USA | | 5,067.31 |
| Eagle Eye Professional Cleaning | 913 Stonewalk Drive Kingston ON K7K 0G9 | | 250.00 |
| Employee Vacation Accrual | x Xx ON M3K 2A7 | | 4,448.45 |
| Family Responsibility Office of Ontario | 125 Sir William Hearst Avenue Toronto ON M3M 0B5 | | 1,291.33 |
| Flat Planet Pty. Ltd. | 84 Pitt Street, Suite 1201, Level 12 Sidney, Australia  NSW 2000 ON M3K 2A7 | | 8,031.30 |

District of:
Division No.    -
Court No.
Estate No.

## - FORM 33 -
### Notice of Intention To Make a Proposal
(Subsection 50.4(1) of the Act)

### In the Matter of the Proposal of
### MaxSold Incorporated
of the city of Kingston, in the Province of Ontario

| List of Creditors with claims of $250 or more. | | | |
|---|---|---|---|
| Creditor | Address | Account# | Claim Amount |
| Hicks Morley Hamilton Steward Storie LLP | 366 King St. E., Suite 310<br>Kingston ON K7K 6Y3 | | 250.00 |
| HomeWork | c/o January Gay Gordo, L-5 Thinshell House<br>Ph 3, E1 Dagat,<br>Caloo City, PH ON M3K 2A7 | | 4,476.87 |
| Influitive Corporation | 240 Richmond St. West<br>Toronto ON M5V 1V6 | | 38,634.81 |
| Innovative Solutions | 4545 E. River Road, Suite 100<br>West Henietta NY 14586 USA | | 16,649.82 |
| J. J. Express | 590 Catarauil Woods Drive<br>Kingston ON K7P 1T8 | | 250.00 |
| Kalpa Services | 16192 Coastal Highway<br>Lewes, Delaware // 19958 USA | | 6,197.50 |
| Kingston Utilities | P.O. Box 790<br>Kingston ON K7L 4X7 | | 303.07 |
| Kount | PO Box 740253<br>Atlanta GA 30374-0253 USA | | 250.00 |
| KPMG LLP | 863 Princess Street, Suite 400<br>Kingston ON K7L 5N4 | | 7,062.50 |
| Labarge Weinstein | 515 Legget Drive, Suite 800<br>Ottawa ON K2K 3G4 | | 324.31 |
| McDougall UCC Insurance | 321 Concession Street<br>Kingston ON K7K 2B9 | | 51,544.08 |
| National Bank of Canada (Proposals) c/o FCT Default Solutions Insolvency Department | PO Box 2514, Stn B<br>London ON N6A 4G9 | | 3,123,780.82 |
| Nived.io | 1A Goglan Dam Pouderoyen<br>West Bank Demerara, Guyana | | 4,311.45 |
| Oliver (Nicholas) Salzmann | 1 - 1548 King Street South<br>Hamilton ON L8K 1S9 | Terminatio | 250.00 |

District of:
Division No.
Court No.
Estate No.

- FORM 33 -
Notice of Intention To Make a Proposal
(Subsection 50.4(1) of the Act)

In the Matter of the Proposal of
MaxSold Incorporated
of the city of Kingston, in the Province of Ontario

| List of Creditors with claims of $250 or more. |
| --- | --- | --- | --- |
| Creditor | Address | Account# | Claim Amount |
| Oracle Financing – BAL Global Finance | c/o Lockbox 915571, PO Box 4090, Stn. A<br>Toronto ON M5W 0E9 | | 20,888.88 |
| Outreach | P.O. Box 735274<br>Chicago IL 60673 USA | | 23,102.56 |
| Passage Technology | PO Box 84886<br>Chicago IL 60689-4886 USA | | 2,090.40 |
| Paul Vickers | 2218 Eel Bay Road<br>Perth ON K0H 2L0 | | 2,021.25 |
| Perimeter 81 LLC | 157 W 18th Street, 7th Floor<br>New York NY 10011 USA | | 1,139.00 |
| Post Media Solutions | .<br>Xx ON M3K 2A7 | | 1,571.70 |
| R Systems International Limited | C-40, Sector - 59 Noida - 201 307 U.P.<br>India ON M3K 2A7 India | | 7,504.00 |
| RBC Royal Bank Visa c/o BankruptcyHighway.com Razel Bowen | PO Box 57100<br>Etobicoke ON M8Y 3Y2 | US corporate account | 44,520.44 |
| RBC Royal Bank Visa c/o BankruptcyHighway.com Razel Bowen | PO Box 57100<br>Etobicoke ON M8Y 3Y2 | | 61,104.48 |
| Revenue, Inc. | 15000 Ventura Blvd., #201<br>Sherman Oaks CA 91403 USA | | 95,840.77 |
| S & E Cloud Experts Inc. | 209 - 225 Roy Est<br>Montreal QC H2W 1M5 | | 91,310.29 |
| S & E Cloud Experts Inc. | 209 - 255 Roy Est<br>Montreal QC H2W 1M5 | | 6,181.69 |
| Salesforce.com Canada Corporation | 10 Bay Street, Suite 400<br>Toronto ON M5J 2R8 | | 57,167.53 |
| Shred-It | 1218 South Service Road West<br>Oakville ON L6L 5T7 | | 774.15 |

District of:
Division No.
Court No.
Estate No.

## - FORM 33 -
### Notice of Intention To Make a Proposal
(Subsection 50.4(1) of the Act)

### In the Matter of the Proposal of
### MaxSold Incorporated
### of the city of Kingston, in the Province of Ontario

| List of Creditors with claims of $250 or more. | | | |
|---|---|---|---|
| Creditor | Address | Account# | Claim Amount |
| Trustpilot Inc. | PO Box 392680<br>Pittsburg PA 152 51-9680 USA | | 3,477.30 |
| Twilio Inc. | 101 Spear Street, Suite 500<br>San Francisco CA 94105 USA | | 250.00 |
| Ultimate Software Group of Canada | 144 Bloor Street West, Suite 400<br>Toronto ON M5S 1M4 | | 1,592.57 |
| Vacation accrual amount | X<br>Xx ON M3K 2A7 | | 225,289.01 |
| Workplace Safety and Insurance Board<br>Eric Kupka | 200 Front St W, 22nd Floor<br>Toronto ON M5V 3J1 | | 3,792.28 |
| WorkSafeBC - Collections Department | PO Box 5350 Stn. Terminal<br>Vancouver BC V6B 5L5 | | 641.13 |
| Zane Kaneps | 2-94 Queen Street South<br>Hamilton ON L8P 3R8 | Termination | 250.00 |
| Zendesk Inc. | 969 Market Street<br>San Francisco CA 94103 USA | | 62,377.00 |
| Total | | | 4,147,895.40 |

MaxSold Incorporated
Insolvent Person

- Proposal Consent -

In the Matter of the Proposal of
MaxSold Incorporated
of the city of Kingston, in the Province of Ontario

To whom it may concern,

    This is to advise that we hereby consent to act as trustee under the Bankruptcy and Insolvency Act for the proposal of MaxSold Incorporated.

Dated at the city of Toronto in the Province of Ontario, this 15th day of February 2024.

Dodick Landau Inc. - Licensed Insolvency Trustee

_____

951 Wilson Ave., Unit 15L
Toronto ON M3K 2A7
Phone: (416) 736-4357    Fax: (866) 874-1791

 **Industry Canada**
Office of the Superintendent
of Bankruptcy Canada

**Industrie Canada**
Bureau du surintendant
des faillites Canada

District of   Ontario
Division No. 11 - Kingston
Court No.   33-3044331
Estate No.   33-3044331

In the Matter of the Notice of Intention to make a proposal of:

**MaxSold Incorporated**

Insolvent Person

**DODICK LANDAU INC.**

Licensed Insolvency Trustee

Date of the Notice of Intention:                                     February 15, 2024

### CERTIFICATE OF FILING OF A NOTICE OF INTENTION TO MAKE A PROPOSAL
Subsection 50.4 (1)

I, the undersigned, Official Receiver in and for this bankruptcy district, do hereby certify that the aforenamed insolvent person filed a Notice of Intention to Make a Proposal under subsection 50.4 (1) of the Bankruptcy and Insolvency Act;

Pursuant to subsection 69. (1) of the Act, all proceedings against the aforenamed insolvent person are stayed as of the date of filing of the Notice of Intention.

Date: February 16, 2024, 10:12

E-File/Dépôt Electronique

Official Receiver

Place Bell Canada, 160 Elgin Street, 11th Floor, Suite B-100, Ottawa, Ontario, Canada, K2P2P7, (877)376-9902

**Canada**