**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 12, 2026

**VANDERBRUG V. MAXSOLD INC**
Case # 2:22–cv–01707–BJR

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

>  **Improper Signature**
> The document as filed was not properly signed by Christopher Reid. Signatures must be in accordance with Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2, and must comply with Section IV(L) of the Electronic Filing Procedures. **Please file a corrected signature page as soon as practicable** by going to **Other Documents** and selecting **Praecipe to Attach Document** and relating it back to the original filing.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file