The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

VANESSA VANDERBRUG, as Administrator of Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,

    Plaintiff,

    v.

MAXSOLD INC.

and

1000822913 US INC.,

    Defendants.

Case No. 2:22-cv-1707 BJR

PRAECIPE TO ATTACH CORRECTED SIGNATURE PAGE FOR DECLARATION OF CHRISTOPHER REID IN SUPPORT OF DEFENDANT 1000822913 US INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant 1000822913 US Inc. respectfully requests to substitute the attached corrected signature page to the previously submitted Declaration of Christopher Reid in Support of Defendant 1000822913 US Inc.'s Reply in Support of Motion for Summary Judgment. The page being corrected is Dkt. # 85, p. 2. The currently filed declaration mistakenly included an electronic signature. This corrected one includes the declarant's physical signature.

No substantive changes to the contents/testimony of the Declaration have otherwise been made.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

PRAECIPE TO ATTACH CORRECTED SIGNATURE
PAGE FOR DECLARATION OF CHRISTOPHER REID
IN SUPPORT OF DEFENDANT 1000822913 US INC.'S
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

1

1   knowledge.

2

3       DATED this 12th day of January 2026.

4

5                                                    MILLER NASH LLP

6                                                    /s/ Lisa Lee
                                                     Lisa Lee, WSBA No. 64324

7                                                    /s/ J. Dino Vasquez
                                                     J. Dino Vasquez, WSBA No. 25533
8                                                    605 5th Ave. S., Ste. 900
                                                     Seattle, WA  98104
9                                                    Telephone: 206.624.8300
                                                     Fax: 206.340.9599
10                                                   Email: lisa.lee@millernash.com
                                                            dino.vasquez@millernash.com
11
                                                     **Attorneys for Defendant 1000822913 US Inc.**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PRAECIPE TO ATTACH CORRECTED SIGNATURE
PAGE FOR DECLARATION OF CHRISTOPHER REID
IN SUPPORT OF DEFENDANT 1000822913 US INC.'S
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
2:22-CV-1707 BJR

Miller Nash LLP
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

1
2

## DECLARATION OF SERVICE

3

4

5

6

I, Semee Yim, hereby declare under penalty of perjury under the laws of the United

States that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing

system, which will send notification to all registered users. A true and correct copy was sent via

US First Class mail to the following:

7

8

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.*

9

EXECUTED in Seattle, Washington on this 12th day of January, 2026.

10

11

12

s/Semee Yim
Semee Yim, Legal Assistant
Semee.Yim@millernash.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF SERVICE - 1

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

1    4.    U.S. Inc. has not purchased any Maxsold, Inc. (U.S. MaxSold) assets from

2  Ontario Inc.

3    5.    U.S. Inc., is a wholly owned subsidiary of Ontario Inc., which operates with new

4  owners, a new Board of Directors, and is controlled by third-party venture capital firms, the new

5  CEO, and the new managerial team of personnel who were not associated with U.S. MaxSold.

6    6.    Attached hereto as Exhibit 1 is the Loan and Security Agreement between Silicon

7  Valley Bank and Canadian MaxSold.

8  7.    Attached hereto as Exhibit 2 is a true and correct copy of the Debt and Assignment

9  Agreement of May 6, 2024 between National Bank of Canada and Ontario, Inc.

10

11    I declare under penalty of perjury that the foregoing is true and correct to the best of my

12  knowledge.

13

14  Dated: January 9, 2026

15

16  _____
   Christopher Reid, CEO of Ontario Inc. and US.
17  Inc.

18

19

20

21

22

23

24

25

26

DECLARATION OF CHRISTOPHER REID IN SUPPORT OF DEFENDANT
1000822913 US INC.'S REPLY IN SUPPORT OF DEFENDANT'S MOTION                 **Miller Nash LLP**
FOR SUMMARY JUDGMENT                                                       605 5th Ave S, Suite 900
- 2:22-CV-1707 BJR                                                         Seattle WA 98104
                                                                    206.624.8300 | Fax: 206.340.9599

2