# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA VANDERBRUG, as ADMINISTRATOR OF ESTATE OF KAY ANNE VANDERBRUG,<br><br>    Plaintiff,<br><br>v.<br><br>MAXSOLD INC., *et al.*,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:22-cv-1707-BJR |

\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant 1000822913 US Inc.'s Motion for Summary Judgment is GRANTED and all claims against it in the complaint are dismissed with prejudice.

Dated March 16, 2026.

                                                          Joshua C. Lewis
                                                          Clerk of Court

                                                          s/Carrie Smith
                                                          Deputy Clerk