The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

VANESSA VANDERBRUG, as Administrator of Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,

Plaintiff,

v.

MAXSOLD INC.

and

1000822913 US INC.,

Defendants.

Case No. 2:22-cv-1707 BJR

DECLARATION OF LISA LEE IN SUPPORT OF DEFENDANT 1000822913 US INC.'S BILL OF COSTS

I, Lisa Lee, declare under penalty of perjury in accordance with the law of Washington as follows:

1.      I am an attorney of record for Defendant 1000822913 US Inc. ("US Inc.") in this lawsuit. I am over the age of eighteen and competent to be a witness to the matters stated herein. I am duly licensed to practice law in the State of Washington and the United States District Court for the Western District of Washington. This declaration is based on personal knowledge of the information in it or review of records in exhibits.

2.      The costs, including services for which fees have been charged and necessarily performed, are correct and were actually and necessarily incurred in the defense of this matter.

DECLARATION OF LISA LEE IN SUPPORT OF BILL OF COSTS
2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

1

3.    In support of its Bill of Costs, US Inc. submits the following documentation and exhibits for the requested costs pursuant to LR 54(d) and the Judgment entered on March 16, 2026, in favor of Defendant.

### Fees for Printed or Electronically Recorded Transcripts

4.    US Inc. requests reimbursement for fees incurred related to deposition transcripts necessarily obtained for use in this case totaling $1,815.50. True and correct copies of the supporting invoices are attached as **Exhibits 1 and 2**.

5.    The amounts are accurately summarized in the chart below:

| Ex. | Date | Description | Company | Cost |
|---|---|---|---|---|
| 1. | 8/07/2025 | Deposition transcript for Edward Dunril | Veritext, LLC | $504.10 |
| 2. | 10/15/2025 | Deposition transcript for Christopher Reid | Veritext, LLC | $1,311.40 |
| | | **Subtotal** | | **$1,815.50** |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 6, 2026

s/Lisa Lee
Lisa Lee

DECLARATION OF LISA LEE IN SUPPORT OF BILL OF COSTS
- 2:22-CV-1707 BJR

## DECLARATION OF SERVICE

I, Semee Yim, hereby declare under penalty of perjury under the laws of the United States that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system, which will send notification to all registered users. A true and correct copy was sent via US First Class mail to the following:

> Samuel J. Strauss
> Raina C. Borrelli (admitted pro hac vice)
> Alex Phillips (admitted pro hac vice)
> 980 N. Michigan Ave., Ste. 1610
> Chicago, Illinois 60611
> Phone: 872.263.1109

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.*

EXECUTED in Seattle, Washington on this 6th day of April, 2026.

*s/Semee Yim*
Semee Yim, Legal Assistant
semee.yim@millernash.com

DECLARATION OF SERVICE - 1

**Miller Nash LLP**
605 5th Ave S, Suite 900
Seattle WA 98104
206.624.8300 | Fax: 206.340.9599

# EXHIBIT 1

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



| Bill To: | Ashley M. Langley | | |
| --- | --- | --- | --- |
| | Miller Nash LLP | **Invoice #:** | **8576181** |
| | 605 5th Ave S | **Invoice Date:** | **8/22/2025** |
| | Suite 900 | **Balance Due:** | **$0.00** |
| | Seattle, WA, 98121 | | |

| **Case: Kay Anne Vanderburg v. Maxsold, Inc. And 1000822913 US Inc. (2:22cv1707BJR)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 7524618   |   Job Date: 8/7/2025   |   Delivery: Normal

| Location: | Chicago, IL |
| --- | --- |
| Billing Atty: | Ashley M. Langley |
| Scheduling Atty: | Alex Phillips \| Strauss Borrelli PLLC |

| **Witness: Edward Durnil** | **Amount** |
| --- | --- |
| Transcript Services | $348.60 |
| Exhibits | $16.50 |
| Logistics, Processing & Electronic Files | $90.00 |
| Smart Package - Under 100 Transcript Pages | $49.00 |

| Notes: | **Invoice Total:** | **$504.10** |
| --- | --- | --- |
| | **Payment:** | **($504.10)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** ███████
**Account No** ███████ **ABA:** ███████
**Swift:** ███████

Pay by Credit Card: www.veritext.com

**Invoice #:  8576181**

**Invoice Date:  8/22/2025**

**Balance Due:  $0.00**

52618

# EXHIBIT 2

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: ███████



Bill To:  Ashley M. Langley
Miller Nash LLP
605 5th Ave S
Suite 900
Seattle, WA, 98121

| | |
|---|---|
| **Invoice #:** | 8707514 |
| **Invoice Date:** | 10/15/2025 |
| **Balance Due:** | $0.00 |
| **Agency #:** | 7635300 |

**Case: Vanderbrug, Kay Anne v. Maxsold And 1000822913 US Inc. (2:22-cv-01707-BJR)**    **Proceeding Type: Depositions**

Job #: 7630831  |  Job Date: 9/30/2025  |  Delivery: Normal

Location:         Vancouver, BC

Billing Atty:      Ashley M. Langley

Scheduling Atty:  Alex Phillips | Strauss Borrelli PLLC

| Witness: Christopher Reid | Amount |
|---|---|
| Transcript Services | $763.60 |
| Rough Draft | $358.80 |
| Logistics, Processing & Electronic Files | $90.00 |
| Smart Package - Over 100 Transcript Pages | $99.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $1,311.40 |
| **Payment:** | ($1,311.40) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name: ███████
Swift: ███████

**Invoice #:** 8707514

**Invoice Date:** 10/15/2025

**Balance Due:** $0.00

Pay by Credit Card: www.veritext.com

52618