The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VANESSA VANDERBRUG, as Administrator of the Estate of Kay Anne Vanderbrug and on behalf of all others similarly situated,

    Plaintiff,

    v.

MAXSOLD INC.

and

1000822913 US INC.,

    Defendants.

Case No. 2:22-cv-1707 BJR

DEFENDANT 1000822913 US INC.'S NOTICE OF WITHDRAWAL OF BILL OF COSTS

**[CLERK'S ACTION REQUIRED]**

Defendant 1000822913 US INC. ("Defendant") hereby provides notice that it withdraws without prejudice the following motion and supporting filing.

- Bill of Costs (Dkt. 91), filed on April 6, 2026.

- Declaration of Lisa Lee in Support of Bill of Costs (Dkt. 92), filed on April 6, 2026.

DEFENDANT'S NOTICE OF WITHDRAWAL OF BILL OF COSTS – 1
2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300

MILLER NASH LLP

*/s/ Lisa Lee*
Lisa Lee, WSBA No. 64324

*/s/ J. Dino Vasquez*
J. Dino Vasquez, WSBA No. 25533
605 5th Ave. S., Ste. 900
Seattle, WA  98104
Telephone: 206.624.8300
Fax: 206.340.9599
Email: lisa.lee@millernash.com
          dino.vasquez@millernash.com

***Attorneys for Defendant 1000822913 US Inc.***

DEFENDANT'S NOTICE OF WITHDRAWAL OF BILL OF COSTS – 2
2:22-CV-1707 BJR

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: April 16, 2026.

/s/Semee I. Yim
Semee I. Yim, Legal Assistant
semee.yim@millernash.com

CERTIFICATE OF SERVICE - 3
Case No. 2:22-CV-1707 BJR

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98014
(206) 624-8300